AO (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

___ FILED    ___ ENTERED
___ LODGED   ___ RECEIVED

**DEC 28 2015**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____ DEPUTY

United States of America
v.

BANDIR AL-THANI

*Defendant*

Case No. CR15-0011 RSL

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay BANDIR AL-THANI, who is accused of an offense or violation based on the following document filed with the court:

_ Indictment    _ Superseding Indictment    ✓ Information    _ Superseding Information    _ Complaint
_ Probation Violation Petition    X_ Supervised Release Violation Petition    _ Violation Notice    _ Order of Court

This offense is briefly described as follows:

Violation of Conditions of Supervision.

Date: December 23, 2015

*Issuing officer's signature*

City and state: Seattle, WA

*Tim Farrell, Deputy Clerk*
Printed name and title

---

**Return**

This warrant was received on *(date)* 12/23/15 ; and the person was arrested on *(date)* 12/28/15 at *(city and state)* Seattle, WA .

Date: 12/28/15

*Arresting officer's signature*

Sarah Milne Dugan
Printed name and title